AO 442 (Rev. 11/11) Arrest Warrant

11340493

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM3:55
RECEIVED OCT 5 '21

United States of America
v.
JOSHUA MALIK JOHNSON

*Defendant*

)
)
)
)
)
)

Case: 1:21-cr-00612-03
Assigned to: Judge Mehta, Amit P.
Assign Date: 10/5/2021
Description: INDICTMENT (B)

**FILED**
OCT 07 2021
Clerk, U.S. District and
Bankruptcy Courts

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSHUA MALIK JOHNSON
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Oxycodone, Alprazolam, and Promethazine with Codeine; FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(a), (p); 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. § 2461(c)

Date:   10/05/2021

G. Michael Harvey
2021.10.05
13:27:26 -04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/05/2021, and the person was arrested on *(date)* 10/07/2021
at *(city and state)* Washington DC

Date: 10/07/2021

Steven Caldwell
*Arresting officer's signature*

Steven Caldwell   DEO
*Printed name and title*